## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE W. MURRAY, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 10-4690 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | |
| Respondents. | : | |

### ORDER

**AND NOW**, this 24th day of June, 2011, upon consideration of the petition for writ of habeas corpus, Respondents' answer thereto, the Report and Recommendation of United States Magistrate Judge M. Faith Angell, dated June 7, 2011, Petitioner's objections and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**;

3. Petitioner's objections are **OVERRULED**; and

4. There is no probable cause to issue a certificate of appealability.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**